# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NICHOLAS D'AMATO, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>TTI CONSUMER POWER TOOLS, INC., and THE HOME DEPOT.<br><br>      Defendants. | **Case No.: 1:23-cv-01003-CAB**<br><br>**JOINT STATUS REPORT AFTER SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE JAMES E. GRIMES, JR.** |

Pursuant to the Court's Order of April 9, 2025, the parties file this Joint Status Report to advise the Court that the case has been settled through the efforts of Magistrate Judge Grimes and the parties.

The terms of the Settlement Agreement and Release have been agreed upon by the parties, and the Agreement is out for signature. The parties anticipate that the Agreement will be fully executed by April 21, 2025, and payment of the settlement amount made by May 21, 2025. The parties further anticipate that a Stipulation of Dismissal will be filed not later than May 28, 2025.

The parties have agreed that the Court should retain jurisdiction to enforce the terms of the settlement.

Dated:  April 17, 2025

Respectfully submitted,

*Jeffrey R. Williams*

Jeffrey R. Williams
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone:	415.275.8550
Facsimile:	415.275.8551
jwilliams@rshc-law.com

Counsel for Defendants
TTI CONSUMER POWER TOOLS, INC., and
THE HOME DEPOT


Dated:  April 17, 2025

Respectfully submitted,

*Eric M. Terry*

Eric M. Terry
TORHOERMAN LAW
227 W. Monroe Street, Suite 2650
Chicago, Illinois 60605
Telephone:	618.656.4400
eric@thlawyer.com

Counsel for Plaintiff
NICHOLAS D'AMATO